

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HIFLY TRANSPORT, LLC, | § | No. 08-19-00202-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| P-2 CONSTRUCTION, INC., | § | of Reeves County, Texas |
| Appellee. | § | (TC# 18-06-22480-CVR) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant has filed an unopposed motion to dismiss the appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. All pending motions are denied as moot. Costs of the appeal are taxed against the party incurring same. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

August 14, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.